UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JAY KILLINGER,**
    **Plaintiff,**

 v.               Case No. 11-C-0015

**CAMPBELLSPORT SCHOOL DISTRICT,**
    **Defendant.**

---

## ORDER

The plaintiff has recently filed a motion regarding the defendant's failure to respond to written discovery requests. Defendant has indicated that since the filing of plaintiff's motion it has responded to plaintiff's outstanding discovery requests. Therefore, plaintiff's discovery motion (Docket #25) is **DENIED** as **MOOT**.

Dated at Milwaukee, Wisconsin, this 3rd day of May, 2011.

/s_____
LYNN ADELMAN
District Judge